IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**   Shine, Michael B | Case Number:  07 B 04560 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  9/3/08 | Filed:  3/15/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 22, 2008
Confirmed: May 22, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 33,975.00 | |
| Secured: | | 32,140.35 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 1,834.65 |
| Other Funds: | | 0.00 |
| Totals: | 33,975.00 | 33,975.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 0.00 | 0.00 |
| 2. | Select Portfolio Servicing | Secured | 31,711.00 | 24,152.40 |
| 3. | HSBC Auto Finance | Secured | 32,361.75 | 6,684.56 |
| 4. | Select Portfolio Servicing | Secured | 30,393.13 | 1,303.39 |
| 5. | ECast Settlement Corp | Unsecured | 1,998.76 | 0.00 |
| 6. | Capital One | Unsecured | 490.63 | 0.00 |
| 7. | HSBC Auto Finance | Unsecured | 0.10 | 0.00 |
| 8. | Capital One | Unsecured | 422.21 | 0.00 |
| 9. | Dr S Morris | Unsecured | 691.35 | 0.00 |
| 10. | Advocate Christ Hospital | Unsecured | | No Claim Filed |
| 11. | Old Orchard Banks Sec | Unsecured | | No Claim Filed |
| 12. | Rush Presbyterian St Luke's Hospital | Unsecured | | No Claim Filed |
| 13. | Sams Club | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 98,068.93 | $ 32,140.35 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 1,834.65 |
| | _____ |
| | $ 1,834.65 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Shine, Michael B | Case Number:  07 B 04560 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  9/3/08 | Filed:  3/15/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

        Marilyn O. Marshall, Trustee, by:

